FILED

2024 JUL 10 PM 1:33

District Court

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2024- 6260                                                    DIVISION " "   D-12

GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC

versus

I.Q. TECHNOLOGIES, INC.

FILED: _____        _____

                                                                    DEPUTY CLERK

REDACTED

4095173                                Page 1

EXHIBIT A

REDACTED

**EXHIBIT A**

REDACTED

4095173

**EXHIBIT A**

REDACTED

Page 4

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

4095173

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

EXHIBIT A

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2024-6268

DIVISION "   "

D-12

GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC

versus

I.Q. TECHNOLOGIES, INC.

FILED: _____          _____
                                                         DEPUTY CLERK

REDACTED

EXHIBIT A

REDACTED

Page 2

EXHIBIT A

FILED

2024 JUL 10  PH 1:33

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2024- _____                                                      DIVISION " "

GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC

versus

I.Q. TECHNOLOGIES, INC.

FILED: _____          _____

DEPUTY CLERK

REDACTED

EXHIBIT A

**FILED**

2024 JUL 17  P 03:05
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2024-6268                                    DIVISION "D-12"

GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC

VERSUS

I.Q. TECHNOLOGIES, INC.

FILED:_____          _____
                                              DEPUTY CLERK

AFFIDAVIT REGARDING SERVICE UNDER LONG ARM STATUTE

BEFORE ME, undersigned Notary, personally came and appeared:

MARTIN E. LANDRIEU

who, did depose and state as follows:

1.

I am one of the attorneys of record for Plaintiff, Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, L.L.C., in this action and make this Affidavit from my personal knowledge.

2.

On July 10, 2024, Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, L.L.C. filed a Petition for Breach of Contract and Damages ("Petition") into the record of the above-captioned proceeding.

3.

On July 11, 2024, I directed the delivery, via commercial carrier, Federal Express, of a certified copy of the Petition and Citation issued by the clerk of the Civil District Court for the Parish of Orleans, and the enclosure letter, to I.Q. Technologies, Inc., 111 N. Wabash Ave., Suite 2013, Chicago, Illinois 60602 under Federal Express Tracking #777324805742, pursuant to the Louisiana Long Arm Statute, La. Rev. Stat. §13:3201, *et seq.*

**VERIFIED**

Kasie Jiles
2024 JUL 18  A 09:20

E-Filed

**EXHIBIT A**

FILED

2024 JUL 17  P 03:05

CIVIL

DISTRICT COURT

4.

Attached hereto as Exhibit "A" is the cover letter that accompanied the Citation and

Petition.  Attached hereto as Exhibit "B" is the return receipt showing that the certified Petition

and Citation were delivered to and received by I.Q. Technologies, Inc. on July 16, 2024 at 9:42

a.m., together with the Federal Express package tracking information.

Martin E. Landrieu, Affiant

Sworn to and subscribed before me, Notary,
this 17th day of July, 2024.

Notary Public

C. Peck Hayne Jr.
Notary Public
La. State Bar Roll No. 19615
Parish of Orleans, State of Louisiana
My commission is issued for life.

E-Filed

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT A**



EXHIBIT A

REDACTED

**EXHIBIT A**